IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KONJI D. MASON,<br><br>        Plaintiff,<br><br>vs.<br><br>LANCASTER COUNTY JAIL,<br><br>        Defendant. | **8:17CV181**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. On July 12, 2017, the court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the remainder of the initial partial filing fee assessed by the court on June 9, 2017. To date, Plaintiff has not shown cause for his failure to pay the remainder of the initial partial filing fee, and has not paid the remainder of the initial partial filing fee or sought an extension of time in which to do so.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice for failure to pay the court's initial partial filing fee, and for failure to comply with a court order. The court will enter judgment by a separate document.

Dated this 18th day of August, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge